CARLOS FUENTES, SBN 219317
LAW OFFICE OF CARLOS FUENTES
655 W. 19th Street, Suite 1
Merced, California 95340
Telephone (209) 383-2997
Facsimile (209) 383-2361

RUBEN A. VILLALOBOS  SBN 197677
LAW OFFICE OF RUBEN A. VILLALOBOS
900 "G" Street, Suite 300
Modesto, California 95354
Telephone (209) 529-1112
Facsimile (209) 529-1116

Attorneys for RAFAEL CARDENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff.<br><br>vs.<br><br>RAFAEL CARDENAS,<br><br>        Defendant. | No.  1:07-CR-00009<br><br>STIPULATION AND ORDER TO VACATE AND CONTINUE CURRENT MOTION TO SUPPRESS EVIDENCE FOR DEFENDANT RAFAEL CARDENAS |

    IT IS HEREBY STIPULATED by and between defendant RAFAEL CARDENAS, through his attorneys, CARLOS FUENTES, and RUBEN A. VILLALOBOS, respectively, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KAREN A. ESCOBAR, stipulate and agree to the following:

    1.    The presently scheduled motion hearing dates of August 9, 2007 and September 14, 2007, at 9:00 a.m., shall be vacated  for the above defendant and be rescheduled for the above defendant to September 13, 2007, at 9:00 a.m., and October 19, 2007, at 9:00 a.m.

2.        The reason for the requested new motion/hearing date is that after receiving the audio tapes we discovered that undersigned counsel are in need of getting the audio tapes enhanced so we can hear the alleged consent.  These tapes are crucial to the motion, Undersigned counsel has conferred with experts and needs 45 days to have the tapes enhanced, and file the pleadings.

3.        AUSA, Karen A. Escobar, does not object to the requested continuance.

4.        The parties stipulate that the time required by this continuance is necessary to the defense, and the time from the date of this stipulation to, and including, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to is U.S.C. § 3161 (h) (8) (A) and (B) (iv) and Local Code T-4, pertaining to continuity of defense counsel.

Dated:  August 6, 2007                              /s/ Ruben A. Villalobos

                                                                   _____

                                                                   RUBEN A. VILLALOBOS

                                                                   Attorney at Law

Dated:  August 6, 2007                              /s/ Karen A. Escobar

                                                                   _____

                                                                   KAREN A. ESCOBAR

                                                                   Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 9, 2007 and September 14, 2007 at 9:00 a.m., hearing/ motion date be vacated and the new dates on September 13, 2007 for filing of the motion and the hearing on October 19, 2007, at 9:00 a.m., for defendant, Rafael Cardenas. The Court finds that the ends of justice to be served by granting an extension to surrender outweigh and the best interests of the defendant to be able to enhance the audio tape so that we can hear the alleged consent.

IT IS SO ORDERED.

**Dated:   August 7, 2007**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE