```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
JUAN JURADO BAUTISTA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F 07-0009 LJO |
| Plaintiff, | STIPULATION AND REQUEST |
| vs. | TO CONTINUE HEARING AND PROPOSED ORDER To FOLLOWING FRIDAY, November 16, 2007. |
| JUAN JURADO BAUTISTA, | |
| | Date: November 8, 2007(current) |
| | Time: 9:00 am |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that they jointly request continuance of the hearing on the motion to suppress, currently set for November 8, 2007, at 9:00 am, to November 15, 2007, at 9:00 am.

The request is made because attorneys for co-defendants need

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

additional time to prepare, and counsel for Mr. JURADO-BAUTISTA will be unavailable on the date currently scheduled because of a medical appointment in Southern California.  The parties agree that delay resulting from the continuance shall be excluded in the interests of justice.

DATED: October 31, 2007                    Respectfully submitted,

```
            /s/ Karen Escobar          /s/ James R. Homola
            KAREN ESCOBAR              JAMES R. HOMOLA
            Asst U.S. Attorney         Attorney for Defendant
            (by permission)            JUAN JURADO BAUTISTA

            /s/ Carlos Fuentes         /s/ Katherine Hart
            CARLOS FUENTES             KATHERINE HART
            Attorney for Defendant     Attorney for Defendant
            RAFAEL CARDENAS            CANDY MORRIS
            (by permission)            (by permission)
```

_____

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice, pursuant to 18 USC §3161.  Hearing will be on FRIDAY November 16, 2007 at 9 a.m.  Good cause exists for the continuance and for the time exclusion.

IT IS SO ORDERED.

Dated:   October 31, 2007               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
　Suite 250
Fresno, CA 93721
(559) 441-7111