IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>RAFAEL CARDENAS,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CR F 07-0009 LJO<br><br>**COURT'S RESPONSE TO DEFENDANT CARDENAS' REQUEST TO TAKE MOTION TO SUPPRESS UNDER SUBMISSION AFTER THE JANUARY 4, 2008 EVIDENTIARY HEARING** |

　　　The Court has received and reviewed defendant Cardenas' request to take the Motion to Suppress under submission after the January 4, 2008 Evidentiary Hearing. The reason for the request is to "allow counsel for all parties to file brief points and authorities" in light of the evidence produced at the hearing. The basis for the request is that counsel for defendant Cardenas was, until the opposition of points and authorities from the Government were received, unaware that the Government intends to present and argue material facts not mentioned in any discovery received to date.

　　　The normal practice of this Court is to rule immediately upon the conclusion of evidentiary hearings. It is more efficient and is less time consuming, and due to the large caseload of the Eastern District of California, true good cause would need to be stated by counsel at the hearing for the Court to deviate from that practice. It is unlikely that such good cause will be stated that would detour the practice of ruling immediately.  Instead, such a ruling would be made without prejudice, subject to new law or new and unavailable facts.

IT IS SO ORDERED.

**Dated:    January 2, 2008**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1