McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:07-CR-0009 LJO |
| Plaintiff, | ) |
| v. | ) ORDER |
| RAFAEL CARDENAS and JUAN CARLOS JURADO BAUTISTA, | ) |
| Defendants. | ) |

Having read and considered the parties' stipulation to continue the status conference in this matter,

IT IS THE ORDER of the Court that the current status conference date of April 4, 2008, will be vacated and reset for May 9, 2008, at 9:00 a.m.

The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny counsel for the defense and government a reasonable period of time to adequately

1

investigate this matter or reach a resolution through plea negotiations.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   April 3, 2008**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2