```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KAREN A. ESCOBAR
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Fresno, California 93721
 4 | Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | 1:07-CR-0009 LJO |
|                                     ) | |
|             Plaintiff,              ) | |
|                                     ) | |
|      v.                             ) | STIPULATION RE: |
|                                     ) | CONTINUANCE AND ORDER |
| RAFAEL CARDENAS and                 ) | |
| JUAN CARLOS JURADO BAUTISTA,        ) | |
|                                     ) | |
|             Defendants.             ) | |
| _____) | |

Defendant RAFAEL CARDENAS, by and through his attorneys, CARLOS FUENTES and RUBEN VILLALOBOS, Defendant JUAN CARLOS JURADO BAUTISTA, by and through his attorney, JAMES HOMOLA, and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the May 9, 2008, status conference in this matter and reset the matter for May 30, 2008, at 9:00 a.m.

    2.  The parties stipulate that the continuance is necessitated by the desire of the parties to conduct further investigation and effect a potential resolution.

    4.  The parties further stipulate that time would be excluded

1

1  under the Speedy Trial Act and that the ends of justice served by
2  granting the requested continuance outweigh the best interests of
3  the public and the defendant in a speedy trial, in that the
4  failure to grant the continuance would deny counsel for defense
5  and the government a reasonable period of time to adequately
6  investigate this matter or reach a potential resolution.

7  DATED: May 7, 2008                    Respectfully submitted,

8                                        McGREGOR W. SCOTT
                                         United States Attorney
9
                                         By /s/ Karen A. Escobar
10                                          KAREN A. ESCOBAR
                                         Assistant U.S. Attorney
11

12 DATED: May 7, 2008                     /s/Carlos Fuentes
                                         CARLOS FUENTES
13                                       RUBEN VILLALOBOS
                                         Attorneysfor Defendant
14                                       RAFAEL CARDENAS

15
   DATED: May 7, 2008                     /s/James Homola
16                                       JAMES HOMOLA
                                         Attorney for Defendant
17                                       JUAN CARLOS JURADO
                                         BAUTIST
18
19                       ORDER
20 The Court has received and reviewed the stipulation.  The request
21 is CONDITIONALLY Granted.  The condition is that there be no more
22 continuances.  At the next hearing, the matter will either be
23 resolved or it will be set for trial.  For the reasons stated,
24 good cause exists to exclude time.
25 IT IS SO ORDERED.
26 **Dated:   May 7, 2008**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE
27
28

                                2