HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAFAEL CARDENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>RAFAEL CARDENAS,<br><br>    Defendant. | No.  Cr. F 07-09 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, RAFAEL CARDENAS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 21, 2008, this Court sentenced Mr. Cardenas to a term of 135 months imprisonment;

3. His total offense level was 35, his criminal history category was I, and the resulting guideline range was 168 to 210 months. He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Cardenas was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Cardenas' total offense level has been reduced from 35 to 33, and his amended guideline range is 135 to 168 months. A reduction comparable to the one received at the initial sentencing would produce a term of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Cardenas' term of imprisonment to 120 months.

Respectfully submitted,

Dated: June 4, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   June 4, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
RAFAEL CARDENAS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Cardenas is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 135 to 168 months. A reduction comparable to the one received at the initial sentencing would produce a term of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2008 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

    Unless otherwise ordered, Mr. Cardenas shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

    Dated:   **June 4, 2015**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE